## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CYNTHIA SCOTT, on behalf of
herself and all others similarly
situated,

     Plaintiff,

vs.

FLAGSTAR BANK, N.A.,

     Defendant.

Civil No. 2:23-cv-12726-LJM-EAS

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Adam E. Polk, of Girard Sharp LLP, hereby

enters his appearance as counsel for Plaintiff and the proposed class, and requests

that copies of all pleadings, orders and other papers be served on the undersigned

at the address noted below and/or via the ECF filing system.

Dated: October 27, 2023

Respectfully submitted,

 /s/ Adam E. Polk
Adam E. Polk (CA State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA  94108
(415) 981-4800
apolk@girardsharp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Adam E. Polk*
Adam E. Polk