# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA SCOTT, on behalf of herself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>FLAGSTAR BANK, N.A.,<br><br>　　　Defendant. | Civil No. 2:23-cv-12726-LJM-EAS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Simon S. Grille, of Girard Sharp LLP, hereby enters his appearance as counsel for Plaintiff and the proposed class, and requests that copies of all pleadings, orders and other papers be served on the undersigned at the address noted below and/or via the ECF filing system.

| | |
|---|---|
| Dated: October 27, 2023 | Respectfully submitted,<br><br>　/s/ Simon S. Grille<br>Simon S. Grille (CA State Bar No. 294914)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA  94108<br>(415) 981-4800<br>sgrille@girardsharp.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                          */s/ Simon S. Grille*
                                                          Simon S. Grille