**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CYNTHIA SCOTT,** on behalf of herself and all others similarly situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>**FLAGSTAR BANK, N.A.,**<br><br>                                   Defendant | Case No. 2:23-cv-12726-LJM-EAS<br><br>Hon. Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

TO:  CLERK OF THE COURT
       COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as counsel for Defendant Flagstar Bank, N.A. in the above-captioned action and requests that all subsequent papers be served on him at the address below.

Dated: November 3, 2023                    Respectfully submitted,

                                                                 */s/ William Ridgway*
                                                                 William Ridgway
                                                                 **SKADDEN, ARPS, SLATE,**
                                                                 **MEAGHER & FLOM LLP**
                                                                 155 N. Wacker Drive,
                                                                 Suite 2700
                                                                 Chicago, IL 60606
                                                                 Telephone: (312) 407-0700
                                                                 Facsimile: (312) 407-0411
                                                                 William.Ridgway@skadden.com