**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CYNTHIA SCOTT,** on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**FLAGSTAR BANK, N.A.,**<br><br>    Defendant | Case No. 2:23-cv-12726-LJM-EAS<br><br>Hon. Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

TO:   CLERK OF THE COURT
      COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as counsel for Defendant Flagstar Bank, N.A. in the above-captioned action and requests that all subsequent papers be served on her at the address below.

Dated: November 3, 2023

Respectfully submitted,

*/s/ Marcella L. Lape*
Marcella L. Lape
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
155 N. Wacker Drive,
Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
Marcie.Lape@skadden.com