UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA SCOTT,** on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**FLAGSTAR BANK, N.A.,**<br><br>       Defendant | Case No. 2:23-cv-12726-LJM-EAS<br><br>Hon. Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

TO: CLERK OF THE COURT
   COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as counsel for Defendant Flagstar Bank, N.A. in the above-captioned action and requests that all subsequent papers be served on her at the address below.

Dated: November 3, 2023        Respectfully submitted,

                     */s/ Lindsey Sieling*
                     Lindsey Sieling
                     **SKADDEN, ARPS, SLATE,**
                     **MEAGHER & FLOM LLP**
                     155 N. Wacker Drive,
                     Suite 2700
                     Chicago, IL 60606
                     Telephone: (312) 407-0700
                     Facsimile: (312) 407-0411
                     Lindsey.Sieling@skadden.com