UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CYNTHIA SCOTT,

            Plaintiff(s),             Case No. 23-cv-12726

v.             Honorable Laurie J. Michelson

FLAGSTAR BANK, N.A.             Magistrate Judge Elizabeth A. Stafford

            Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. __23-cv-12671__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __F. Kay Behm__ and Magistrate Judge __Kimberly G. Altman__.

                                                  s/Laurie J. Michelson
                                                  Laurie J. Michelson
                                                  United States District Judge

                                                  s/F. Kay Behm
                                                  F. Kay Behm
                                                  United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: __CIVIL__

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __November 9, 2023__                               s/ S Schoenherr
                                                                             Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable F. Kay Behm