**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CYNTHIA SCOTT, on behalf of
herself and all others similarly situated,

      Plaintiff,               Case No. 23-12726

vs.                                 Hon. Laurie J. Michelson
                                     Magistrate Judge Elizabeth A.
FLAGSTAR BANK, N.A.,         Stafford

      Defendant.

---

**NOTICE OF APPEARANCE**

TO:    CLERK OF THE COURT
         COUNSEL OF RECORD

      Please enter my Appearance as counsel for Defendant Flagstar Bank, N.A. in the above-captioned matter.

                                                     Respectfully submitted,

                                                     */s/ Sean P. McNally*
                                                     Sean P. McNally (P66292)
                                                     TROUTMAN PEPPER HAMILTON
                                                     SANDERS LLP
                                                     4000 Town Center, Suite 1800
                                                     Southfield, MI 48075
                                                     (248) 359-7300
                                                     sean.mcnally@troutman.com
Dated: November 20, 2023                *Attorneys for Defendant Flagstar Bank, N.A.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CYNTHIA SCOTT, on behalf of
herself and all others similarly situated,

      Plaintiff,

vs.

FLAGSTAR BANK, N.A.,

      Defendant.

Case No. 23-12726

Hon. Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## **CERTIFICATE OF SERVICE**

On November 20, 2023, I caused the aforesaid Notice of Appearance and this Certificate of Service to be filed in accordance with the Court's Electronic Guidelines. Notice of Electronic Filing of these documents will be sent to all counsel of record by operation of the Court's electronic filing system.

                                            */s/ Sean P. McNally*
                                            Sean P. McNally (P66292)

165273405v1 483199.000047