# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CYNTHIA SCOTT, on behalf of
herself and all others similarly situated,

      Plaintiff,

vs.

FLAGSTAR BANK, N.A.,

      Defendant.

Case No. 23-12726

Hon. Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## NOTICE OF APPEARANCE

TO:   CLERK OF THE COURT
        COUNSEL OF RECORD

      Please enter my Appearance as counsel for Defendant Flagstar Bank, N.A. in the above-captioned matter.

Respectfully submitted,

*/s/ Jason E. Manning*
Jason E. Manning
TROUTMAN PEPPER HAMILTON
SANDERS LLP
222 Central Park Avenue
Virginia Beach, Virginia 23462
T: 757.687.7500 | F: 757.687.1524
E: jason.manning@troutman.com
*Attorneys for Defendant Flagstar Bank, N.A.*

Dated: November 20, 2023

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CYNTHIA SCOTT, on behalf of
herself and all others similarly situated,

      Plaintiff,

vs.

FLAGSTAR BANK, N.A.,

      Defendant.

Case No. 23-12726

Hon. Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## CERTIFICATE OF SERVICE

On November 20, 2023, I caused the aforesaid Notice of Appearance and this Certificate of Service to be filed in accordance with the Court's Electronic Guidelines. Notice of Electronic Filing of these documents will be sent to all counsel of record by operation of the Court's electronic filing system.

                                */s/ Jason E. Manning*
                                Jason E. Manning

165273678v1 483199.000047