Cynthia Scott

        Plaintiff(s),                CASE NO.    23-12726

v.                                       JUDGE       F. Kay Behm

Flagstar Bank, NA

        Defendant(s).

_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:    U.S. District Court
         District of Massachusetts

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER in Multi District Litigation 3083

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 3083. Please file all future documents with the court listed above.

                                    KINIKIA ESSIX, CLERK OF COURT

Date: December 27, 2023                By      s/Sarah Schoenherr
                                                     Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

                                    KINIKIA ESSIX, CLERK OF COURT

Date: December 27, 2023                By      s/Sarah Schoenherr
                                                     Deputy Clerk